UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI   **SUPPRESSED**
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| JOHNTAE RAMON KING, | ) ) ) |
| Defendants. | ) |

FILED
FEB 18 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

4:16CR0062 JAR/PLC

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 20, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**JOHNTAE RAMON KING,**

the Defendant herein, having been convicted previously convicted of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney